**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BENJAMIN HAMBY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CAMBIUM NETWORKS CORPORATION, ATUL BHATNAGAR, MORGAN KURK, and ANDREW BRONSTEIN, <br><br> Defendants. | Case No. 1:24-cv-04240-SCS |

**MOTION OF BRITTNEE CARTER FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF COUNSEL</u>**

Brittnee Carter ("Carter") respectfully moves this Court for entry of an Order: (i) appointing Carter as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (ii) approving her selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel and Miller Law LLC as Liaison Counsel for the proposed class; and (iii) granting such other relief as the Court may deem just and proper.

In support of her motion, Carter relies on the accompanying memorandum of law, and the following exhibits:

Exhibit A:    Press release published May 22, 2024 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Carter's Signed PSLRA Certification;

Exhibit C:    Analysis of Carter's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP;

Exhibit E:    Firm résumé of Holzer & Holzer, LLC; and

Exhibit F:    Firm résumé of Miller Law LLC.

A proposed order is also submitted in compliance with the proposed order procedure.

Carter does not presently know whether this motion will be agreed or opposed. The PSLRA provides that any member of the proposed class may move to be appointed as lead plaintiff within 60 days after publication of the notice of the action. As such, Carter's counsel does not know which class members, if any, will file competing lead plaintiff motions, nor whether the competing movants will agree to or oppose Carter's motion. While other lead plaintiff movants may oppose this motion under the PSLRA, Defendants do not have a right granted by the PSLRA to oppose this motion.

1

Dated: July 22, 2024

Respectfully submitted,

By:  s/ *Lori A. Fanning*

Lori A. Fanning
Marvin A. Miller
**MILLER LAW LLC**
53 W. Jackson Blvd., Suite 1320
Chicago, IL 60604
Telephone: (312) 332-3400
lfanning@millerlawllc.com
mmiller@millerlawllc.com

*Counsel for Brittnee Carter and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**HOLZER & HOLZER, LLC**
Corey D. Holzer
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for Brittnee Carter and Proposed Co-Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2