# EXHIBIT A





# CMBM CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Cambium Networks Corporation

May 22, 2024 09:08 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Northern District of Illinois, captioned *Hamby v. Cambium Networks Corporation, et al.,* Case No. 1:24-cv-04240, on behalf of persons and entities that purchased or otherwise acquired Cambium Networks Corporation ("Cambium" or the "Company") (NASDAQ: CMBM) securities between **May 8, 2023 and January 18, 2024**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Cambium investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/Cambium-Networks-Corporation/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On August 1, 2023, after the market closed, Cambium reported that second quarter 2023 revenue fell 23% sequentially due to "higher channel inventories" that resulted in "lower demand for Enterprise products." As a result, the Company reduced its fiscal 2023 guidance, now expecting revenue to decline 7% to 11% year-over-year. The Company also announced that the Company's Chief Executive Officer, Atul Bhatnagar, would step down immediately.

On this news, the price of Cambium shares declined by $4.89 per share, or 30.07%, to close at $11.37 per share on August 2, 2023, on unusually heavy trading volume.

Then, on October 4, 2023, after the market closed, Cambium announced preliminary third quarter 2023 revenue "between $40.0-$45.0 million compared to the previous outlook of $62.0-$70.0 million[.]" The Company attributed the shortfall to, in part, "a decrease in orders and an increase in stock rotations from distributors in the Enterprise business" and "pressure" from "channel inventories."

On this news, the price of Cambium shares declined by $2.87 per share, or 36.2%, to close at $5.05 per share on October 5, 2023, on unusually heavy trading volume.

Then, on January 18, 2024, after the market closed, Cambium revealed that preliminary fourth quarter 2023 revenue was expected to be "approximately $40.0 million compared to the previous outlook of $45.0-$50.0[.]" The Company attributed the revenue shortfall to "offering aggressive Enterprise product discounts to clear excess channel inventories." The Company further revealed "gross margin will also be below the low end of the range due to increased excess and obsolete inventory reserves." Moreover, the Company's Chief Financial Officer would depart Cambium on February 2, 2024.

On this news, the price of Cambium shares declined by $0.60 per share, or 12.40%, to close at $4.24 per share on January 19, 2024, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) that there was a buildup of inventory in the Company's distribution channels; (2) that the Company and its distributors were reasonably likely to offer aggressive discounts to reduce the high channel inventories; (3) that the Company's revenue would decline sequentially until the excess channel inventory was sold through; (4) that Cambium was likely to incur significant charges to writedown excess and obsolete inventory; (5) that, as a result of the foregoing, the Company's fiscal 2023 revenue and earnings would be adversely affected; and (6) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Cambium securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to

shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com