# EXHIBIT B

# SWORN CERTIFICATION OF PLAINTIFF:

## Cambium Networks Corporation, SECURITIES LITIGATION

I, Brittnee Carter, certify that:

1. I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2. I did not purchase Cambium Networks Corporation, the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Cambium Networks Corporation, during the class period set forth in the Complaint are as follows:

See Attached Transactions: 40a6c78608347f7e315c5717a65e642e 8f1e6bce13344ba2f2a1f691afafcfe3 1391a70338155a6ff21a795b6069c65c f9634883f50c5f92d294aad8d0c76338 66b63409cc780940481c1735f95ab65e 70c782267396fcb23802033fcd461651

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

Brittnee Carter

Date: 6/1/2024

**Brittnee Carter's Transactions in Cambium Networks Corporation (CMBM)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/20/2023 | Bought | 0.2010 | $15.3200 |
| 6/20/2023 | Bought | 1.0000 | $15.4200 |
| 6/20/2023 | Bought | 324.0000 | $15.3800 |
| 6/23/2023 | Bought | 182.0000 | $14.6500 |
| 6/23/2023 | Bought | 0.5250 | $14.6700 |
| 6/23/2023 | Bought | 500.0000 | $14.6500 |
| 8/2/2023 | Bought | 999.0000 | $9.9900 |
| 8/2/2023 | Bought | 687.0000 | $10.1000 |
| 8/2/2023 | Bought | 1.0000 | $9.9900 |
| 8/2/2023 | Bought | 0.6050 | $10.0200 |
| 8/2/2023 | Bought | 303.0000 | $10.0800 |
| 8/2/2023 | Bought | 0.7100 | $10.0000 |
| 10/5/2023 | Bought | 0.1660 | $5.0600 |
| 10/5/2023 | Bought | 0.5390 | $5.0800 |
| 10/5/2023 | Bought | 1,968.0000 | $5.0800 |
| 10/5/2023 | Bought | 1,968.0000 | $5.0800 |
| 10/5/2023 | Bought | 2.0000 | $5.0800 |
| 10/5/2023 | Bought | 1,968.0000 | $5.0800 |
| 10/5/2023 | Bought | 0.5010 | $5.0700 |