# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Cambium Networks Corporation
**Ticker:** CMBM
**Class Period:** May 8, 2023 to Jan. 18, 2024
**Name:** Brittnee Carter

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/20/2023 | 0.2010 | $15.3200 | -$3.0793 | | $0.0000 | -$3.08 |
| 6/20/2023 | 1.0000 | $15.4200 | -$15.4200 | | $0.0000 | -$15.42 |
| 6/20/2023 | 324.0000 | $15.3800 | -$4,983.1200 | | $0.0000 | -$4,983.12 |
| 6/23/2023 | 182.0000 | $14.6500 | -$2,666.3000 | | $0.0000 | -$2,666.30 |
| 6/23/2023 | 0.5250 | $14.6700 | -$7.7018 | | $0.0000 | -$7.70 |
| 6/23/2023 | 500.0000 | $14.6500 | -$7,325.0000 | | $0.0000 | -$7,325.00 |
| 8/2/2023 | 999.0000 | $9.9900 | -$9,980.0100 | | $0.0000 | -$9,980.01 |
| 8/2/2023 | 687.0000 | $10.1000 | -$6,938.7000 | | $0.0000 | -$6,938.70 |
| 8/2/2023 | 1.0000 | $9.9900 | -$9.9900 | | $0.0000 | -$9.99 |
| 8/2/2023 | 0.6050 | $10.0200 | -$6.0621 | | $0.0000 | -$6.06 |
| 8/2/2023 | 303.0000 | $10.0800 | -$3,054.2400 | | $0.0000 | -$3,054.24 |
| 8/2/2023 | 0.7100 | $10.0000 | -$7.1000 | | $0.0000 | -$7.10 |
| 10/5/2023 | 0.1660 | $5.0600 | -$0.8400 | | $0.0000 | -$0.84 |
| 10/5/2023 | 0.5390 | $5.0800 | -$2.7381 | | $0.0000 | -$2.74 |
| 10/5/2023 | 1,968.0000 | $5.0800 | -$9,997.4400 | | $0.0000 | -$9,997.44 |
| 10/5/2023 | 1,968.0000 | $5.0800 | -$9,997.4400 | | $0.0000 | -$9,997.44 |
| 10/5/2023 | 2.0000 | $5.0800 | -$10.1600 | | $0.0000 | -$10.16 |
| 10/5/2023 | 1,968.0000 | $5.0800 | -$9,997.4400 | | $0.0000 | -$9,997.44 |
| 10/5/2023 | 0.5010 | $5.0700 | -$2.5401 | | $0.0000 | -$2.54 |

**Shares Retained:** 8,906.2470

| | 90-Day Average Price | Shares Retained | Subtotal: | -$65,005.32 |
|---|---|---|---|---|
| | $4.2947 | 8,906.2470 | 90-Day Average: | $38,249.46 |
| | | | Total: | -$26,755.86 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between January 19, 2024 and April 17, 2024.