**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BENJAMIN HAMBY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-04240-SCS |
| Plaintiff, | CLASS ACTION |
| v. | Honorable Steven C. Seeger |
| CAMBIUM NETWORKS CORPORATION, ATUL BHATNAGAR, MORGAN KURK, and ANDREW BRONSTEIN, | |
| Defendants. | |

**MOTION OF DONNA CARR FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL**

Donna Carr ("Movant"), by and through her counsel, respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (emailed to chambers): (1) appointing Movant as Lead Plaintiff in the above-captioned action (the "Action") on behalf of persons and entities that purchased or otherwise acquired Cambium Networks Corporation ("Cambium" or the "Company") securities between May 8, 2023 and January 18, 2024, inclusive (the "Class Period"); (2) approving Movant's selection of counsel as Lead Counsel and Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Peter S. Lubin and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on her losses of approximately $8,961.32 suffered as a result of Defendants' wrongful conduct as alleged in the Action. Further, Movant satisfies the relevant requirements of

Federal Rule of Civil Procedure 23 because her claims are typical and she will fairly and adequately represent the interests of the class.


Dated: July 22, 2024                     Respectfully submitted,


                                         **LUBIN AUSTERMUEHLE, P.C.**

                                         */s/ Peter S. Lubin*
                                         Peter S. Lubin
                                         Patrick D. Austermuehle
                                         17W220 22nd Street, Suite 410
                                         Oakbrook Terrace, IL 60181
                                         Tel: (630) 333-0333
                                         Email: peter@l-a.law
                                         Email: patrick@l-a.law

                                         **LAW OFFICE OF TERRENCE BUEHLER**
                                         Terrence Buehler
                                         417 North Marion Street
                                         Oak Park, IL 60302
                                         Tel: (312) 371-4385
                                         Email: tbuehler@tbuehlerlaw.com

                                         *Liaison Counsel for Donna Carr and [Proposed]*
                                         *Liaison Counsel for the Class*

                                         **LEVI & KORSINSKY, LLP**
                                         Adam M. Apton*
                                         33 Whitehall Street, 17th Floor
                                         New York, NY 10004
                                         Tel: (212) 363-7500
                                         Fax: (212) 363-7171
                                         Email: aapton@zlk.com
                                         *pro hac vice to be submitted*

                                         *Counsel for Donna Carr and [Proposed] Lead*
                                         *Counsel for the Class*


2

## CERTIFICATE OF SERVICE

I, Peter S. Lubin, the undersigned attorney, hereby certify that on the 22nd day of July, 2024, I caused to be served a copy of the within and **MOTION OF DONNA CARR FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** via the Court's CM/ECF system, on all counsel of record.

*/s/ Peter S. Lubin*
Peter S. Lubin