**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BENJAMIN HAMBY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-04240-SCS |
| Plaintiff, | CLASS ACTION |
| v. | Honorable Steven C. Seeger |
| CAMBIUM NETWORKS CORPORATION, ATUL BHATNAGAR, MORGAN KURK, and ANDREW BRONSTEIN, | |
| Defendants. | |

**DECLARATION OF PETER S. LUBIN IN SUPPORT OF DONNA CARR'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

I, Peter S. Lubin, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a member in good standing of the Bar of this Court, and a partner at the law firm of Lubin Austermuehle, P.C. ("Lubin Austermuehle"), liaison counsel for proposed Lead Plaintiff Donna Carr ("Movant"),

2.      I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I am informed and believe that the matters stated herein are true and correct and, if called upon, I could and would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant attesting to her transactions in Cambium Networks Corporation ("Cambium" or the "Company") securities during the Class Period.

4.      Attached hereto as **Exhibit B** is a true and correct copy of loss chart detailing the losses of Movant.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the press release

announcing the filing of the above-captioned action, which was filed in this Court on May 22, 2024.

6.     Attached hereto as **Exhibit D** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP and Lubin Austermuehle, P.C..

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: July 22, 2024                                    Respectfully submitted,

**LUBIN AUSTERMUEHLE, P.C.**

*/s/ Peter S. Lubin*
Peter S. Lubin
Patrick D. Austermuehle
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Tel: (630) 333-0333
Email: peter@l-a.law
Email: patrick@l-a.law

**LAW OFFICE OF TERRENCE BUEHLER**
Terrence Buehler
417 North Marion Street
Oak Park, IL 60302
Tel: (312) 371-4385
Email: tbuehler@tbuehlerlaw.com

*Liaison Counsel for Donna Carr and [Proposed]*
*Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton*
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
*pro hac vice to be submitted*

*Counsel for Donna Carr and [Proposed] Lead*
*Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I, Peter S. Lubin, the undersigned attorney, hereby certify that on the 22nd day of July, 2024, I caused to be served a copy of the within and **DECLARATION OF PETER S. LUBIN IN SUPPORT OF MOTION OF DONNA CARR FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** via the Court's CM/ECF system, on all counsel of record.

*/s/ Peter S. Lubin*
Peter S. Lubin