# EXHIBIT B

| Client Name | Donna Carr |
|---|---|
| Company Name | Cambium Networks Corporation |
| Ticker Symbol | CMBM |
| Security Type | |
| Class Period Start | 05-08-2023 |
| Class Period End | 01-18-2024 |
| 90-DAY Lookback Period Start | 01-19-2024 |
| 90-DAY Lookback Period End | 04-17-2024 |
| 90-DAY Lookback Average | $ 04.29 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $8,961.32 |
| DURA LIFO* Total | $8,961.32 |
| Gross Shares Purchased | 975 |
| Net Shares Retained | 975 |
| Net Funds Expended | $13,148.63 |

### Donna Carr

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-08-2023 | 75 | 14.1 | $ 1,057.50 | | | | | | - | 75 | 75 | $ 04.29 | $ 322.10 | $ 735.40 | $ 735.40 |
| 05-09-2023 | 50 | 13.42 | $ 671.00 | | | | | | - | 50 | 50 | $ 04.29 | $ 214.73 | $ 456.27 | $ 456.27 |
| 05-09-2023 | 450 | 13.5 | $ 6,075.00 | | | | | | - | 450 | 450 | $ 04.29 | $ 1,932.60 | $ 4,142.40 | $ 4,142.40 |
| 07-26-2023 | 200 | 16.0621 | $ 3,212.42 | | | | | | - | 200 | 200 | $ 04.29 | $ 858.94 | $ 2,353.48 | $ 2,353.48 |
| 08-02-2023 | 100 | 11.6571 | $ 1,165.71 | | | | | | - | 100 | 100 | $ 04.29 | $ 429.47 | $ 736.24 | $ 736.24 |
| 08-07-2023 | 100 | 9.67 | $ 967.00 | | | | | | - | 100 | 100 | $ 04.29 | $ 429.47 | $ 537.53 | $ 537.53 |
| Total: | 975 | | $13,148.63 | | | | | | | 975 | 975 | | $4,187.31 | $8,961.32 | $8,961.32 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.