UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENJAMIN HAMBY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No.  1:24-cv-04240 |
| Plaintiff, | |
| v. | CLASS ACTION |
| CAMBIUM NETWORKS CORPORATION, ATUL BHATNAGAR, MORGAN KURK, and ANDREW BRONSTEIN, | Hon. Steven C. Seeger |
| Defendants. | |

**NOTICE OF MOTION OF HYUNGEUN CHOI FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

TO:    Counsel of Record

PLEASE TAKE NOTICE that on Thursday, July 25, 2024, at 9:00 a.m., movant Hyungeun Choi ("Choi"), by and through his counsel, shall appear before the Honorable Steven C. Seeger, or any Judge sitting in his stead, in Courtroom 2319 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present his motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Choi as Lead Plaintiff on behalf of a class of all persons and entities who purchased or otherwise acquired Cambium Networks Corporation securities between May 8, 2023 and January 18, 2024, inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

This motion may be opposed by other lead plaintiff movants. However, the nature and extent of any opposition will not be known to Choi until the 12:00 a.m. deadline for motions. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

Choi, as the proposed Lead Plaintiff, has timely filed this motion pursuant to the PSLRA and is believed to be the investor with the largest financial interest in the outcome of the litigation. The proposed Lead Plaintiff meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the Class, and he will fairly and adequately represent the interests of the Class. The proposed Lead Plaintiff's choice of counsel should be accepted by this Court because the proposed Lead Plaintiff's selected counsel, Pomerantz, is a nationally recognized firm with extensive experience and expertise in securities fraud and other class actions.

1

In further support of this Motion, Choi relies on the accompanying Memorandum of Law, as well as the Declaration of Jeremy A. Lieberman, Esq. and the exhibits appended thereto, filed herewith.

WHEREFORE, Choi respectfully requests that the Court issue an Order: (1) appointing Choi as Lead Plaintiff for the Class; and (2) approving his selection of Pomerantz as Lead Counsel for the Class.

Dated: July 22, 2024

Respectfully submitted,

POMERANTZ LLP

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
lcludwig@pomlaw.com

*Counsel for Lead Plaintiff Movant Hyungeun Choi and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Hyungeun Choi*

2