UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENJAMIN HAMBY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:24-cv-04240 |
| Plaintiff, | |
| v. | CLASS ACTION |
| CAMBIUM NETWORKS CORPORATION, ATUL BHATNAGAR, MORGAN KURK, and ANDREW BRONSTEIN, | Hon. Steven C. Seeger |
| Defendants. | |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
HYUNGEUN CHOI FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Hyungeun Choi ("Choi"), and have personal knowledge of the facts set forth herein.

2.    I make this Declaration in support of Choi's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Assignment of claims from Hangoo Choi to Choi; |
| Exhibit B: | Chart reflecting the financial interest of Choi in this litigation; |
| Exhibit C: | Press release published over *Business Wire* on May 22, 2024, announcing the pendency of the Action; |
| Exhibit D: | Shareholder Certification executed by Choi; |
| Exhibit E: | Declaration executed by Choi; and |
| Exhibit F: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 22, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1