# EXHIBIT A

ASSIGNMENT

Hangoo Choi, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to Hyungeun Choi, all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the purchase by Assignor of the securities of Cambium Networks Corporation.

Further, the Assignor hereby appoints Hyungeun Choi as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

Hyungeun Choi has agreed to remit any proceeds received as a result of this Assignment to the Assignor.

This Assignment may not be revoked without the written consent of Hyungeun Choi.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Executed Date: 2024/7/19 _____

Assignor Name: Hangoo Choi

Assignor Signature: *Hangoo Choi*
BC9CEA32990F484...