# EXHIBIT B

**Cambium Networks Corporation (CMBM)**
**Class Period: May 8, 2023 to January 18, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $4.2947 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| Hyungeun Choi, Acct 1 | | 2,216 | | ($20,055) | | 0 | | $0 | 2,216 | $9,517 | ($10,538) |
| Hyungeun Choi, Acct 2 | | 10,000 | | ($49,626) | | 0 | | $0 | 10,000 | $42,947 | ($6,679) |
| Hyungeun Choi, Acct 3 | | 3,763 | | ($31,026) | | 0 | | $0 | 3,763 | $16,161 | ($14,865) |
| Hyungeun Choi, Acct 4 | | 7,592 | | ($28,978) | | 0 | | $0 | 7,592 | $32,605 | $3,627 |
| **Hyungeun Choi** | | **23,571** | | **($129,684)** | | **0** | | **$0** | **23,571** | **$101,230** | **($28,454)** |
| | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | |
| **Hyungeun Choi** | **8/21/2023** | **2,216** | **$9.0500** | **($20,055)** | | **0** | | **$0** | **2,216** | **$9,517** | **($10,538)** |
| | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | |
| Hyungeun Choi | 9/7/2023 | 670 | $8.4600 | ($5,668) | | | | | | | |
| Hyungeun Choi | 9/14/2023 | 1,322 | $7.5600 | ($9,994) | | | | | | | |
| Hyungeun Choi | 9/15/2023 | 1,365 | $7.4100 | ($10,115) | | | | | | | |
| Hyungeun Choi | 11/13/2023 | 6,643 | $3.5900 | ($23,848) | | | | | | | |
| **Hyungeun Choi** | | **10,000** | | **($49,626)** | | **0** | | **$0** | **10,000** | **$42,947** | **($6,679)** |
| | | | | | | | | | | | |
| **Account 3** | | | | | | | | | | | |
| Hyungeun Choi | 9/7/2023 | 885 | $8.4600 | ($7,487) | | | | | | | |
| Hyungeun Choi | 9/7/2023 | 1,209 | $8.2600 | ($9,986) | | | | | | | |
| Hyungeun Choi | 9/7/2023 | 1,669 | $8.1200 | ($13,552) | | | | | | | |
| **Hyungeun Choi** | | **3,763** | | **($31,026)** | | **0** | | **$0** | **3,763** | **$16,161** | **($14,865)** |
| | | | | | | | | | | | |
| **Account 4** | | | | | | | | | | | |
| Hyungeun Choi | 11/8/2023 | 523 | $4.1100 | ($2,150) | | | | | | | |
| Hyungeun Choi | 11/9/2023 | 1,273 | $3.9900 | ($5,079) | | | | | | | |
| Hyungeun Choi | 11/9/2023 | 1,855 | $3.9100 | ($7,253) | | | | | | | |
| Hyungeun Choi | 11/9/2023 | 1,928 | $3.7600 | ($7,249) | | | | | | | |
| Hyungeun Choi | 11/13/2023 | 2,013 | $3.6000 | ($7,247) | | | | | | | |
| **Hyungeun Choi** | | **7,592** | | **($28,978)** | | **0** | | **$0** | **7,592** | **$32,605** | **$3,627** |

*Avg Closing Prices from January 19, 2024 to April 17, 2024