UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENJAMIN HAMBY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No.  1:24-cv-04240 |
| Plaintiff, | |
| v. | CLASS ACTION |
| CAMBIUM NETWORKS CORPORATION, ATUL BHATNAGAR, MORGAN KURK, and ANDREW BRONSTEIN, | Hon. Manish S. Shah |
| Defendants. | |

**DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF HYUNGEUN CHOI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Hyungeun Choi ("Choi"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in further support of Choi's motion for appointment as Lead Plaintiff for the Class in the above-captioned action and approval of his selection of Pomerantz as Lead Counsel for the Class (the "Lead Plaintiff Motion").

3.      Attached hereto as Exhibit A is a true and correct copy of a Declaration executed by Choi in further support of Choi's Lead Plaintiff Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 20, 2024.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1