# EXHIBIT A

**DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I, Hyungeun Choi, respectfully submit this Declaration in further support of my motion for appointment as Lead Plaintiff and approval of my selection of Pomerantz LLP as Lead Counsel in the instant class action (the "Action") on behalf of investors in the securities of Cambium Networks Corporation ("Cambium Networks") pursuant to the Private Securities Litigation Reform Act of 1995 (the "Lead Plaintiff Motion"). Dkt. No. 13.

2. In support of my Lead Plaintiff Motion, I submitted a Certification setting forth my transactions in Cambium Network securities during the class period (the "Class Period") as alleged in the complaint in the Action. *See* Dkt. No. 15-4. The Certification references four accounts in which Cambium Network securities were purchased or acquired during the Class Period. *See id.* at *4. I am the beneficial owner of Accounts 1 and 2 and my father, Hangoo Choi, is the beneficial owner of Accounts 3 and 4. As stated in the Memorandum of Law submitted in support of my Lead Plaintiff motion, I have received a valid assignment from my father to pursue claims in this litigation on his behalf in connection with his purchases of Cambium Networks securities during the Class Period. *See* Dkt. No. 14 at 1, n.1; *see also* Dkt. No. 15-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this _____14_____ day of August, 2024.

DocuSigned by:

_____
705AB0ABF90441B...

Hyungeun Choi